APPENDIX A – **Proposed Scheduling Order**

| VLSI's Proposal | Intel's Proposal | Item |
|---|---|---|
| Agreed. | July 22, 2019 | Plaintiff serves preliminary[2] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also produce (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| July 31, 2019 | July 31, 2019 | CMC |
| Agreed. | August 14, 2019 | Deadline for motions to transfer |
| September 6, 2019 | September 20, 2019 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the prior two years, unless the parties agree to some other timeframe. |

---

[2] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add claims requires leave of court so that the Court can address any scheduling issues.

| VLSI's Proposal | Intel's Proposal | Item |
|---|---|---|
| September 20, 2019 | September 25, 2019 | Parties exchange claim terms for construction and proposed constructions |
| October 4, 2019 | October 2, 2019 | Parties exchange proposed claim constructions for claim terms proposed by the other party |
| October 18, 2019 | October 11, 2019 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions |
| October 25, 2019 | October 16, 2019 | Parties file Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| November 15, 2019 | Agreed. | Parties file Responsive claim construction briefs. |
| November 22, 2019 | Agreed. | Parties file Reply claim construction briefs. |
| Agreed. | November 26, 2019 | Parties submit Joint Claim Construction Statement, optional tutorials, and consolidated briefing collated by Opening, Response, and Reply. |
| **December 6, 2019** Set by the Court. | **December 6, 2019** Set by the Court. | Markman Hearing at 9:00 a.m. |
| Agreed. | December 13, 2019 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| Agreed. | January 17, 2020 | Deadline to add parties |
| Agreed. | January 31, 2020 | Deadline to serve Final Infringement and Invalidity Contentions. |
| Agreed. | February 28, 2020 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| N/A | February 28, 2020 | Deadline to serve parties' Requests for Production |
| Agreed. | May 22, 2020 | Close of Fact Discovery |
| Agreed. | May 29, 2020 | Opening Expert Reports |

| VLSI's Proposal | Intel's Proposal | Item |
|---|---|---|
| Agreed. | June 26, 2020 | Rebuttal Expert Reports |
| Agreed. | July 17, 2020 | Close of Expert Discovery |
| Agreed. | July 24, 2020 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue.  The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| Agreed. | July 31, 2020 | Dispositive motion deadline and *Daubert* motion deadline. |
| Agreed. | August 14, 2020 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, designations) |
| Agreed. | August 28, 2020 | Serve objections to pretrial disclosures/rebuttal disclosures |
| Agreed. | September 4, 2020 | Serve objections to rebuttal disclosures and File Motions *in limine* |
| Agreed. | September 11, 2020 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, designations); file oppositions to motions *in limine* |
| Agreed. | September 18, 2020 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine* |
| Agreed. | September 29, 2020 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| Agreed.[3] | October 2, 2020 | Final Pretrial Conference |
| **October 5, 2020** | **October 5, 2020** (as specifically directed by the | ***VLSI's Proposal:* Jury Selection/Trial in -254 Action (First Case)** |

---

[3] *[**VLSI's Proposal:** VLSI agrees with the foregoing pretrial disclosure dates for the first case, but reserves the right to request separate pretrial disclosure deadlines for the second and third cases as needed.]*

| VLSI's Proposal | Intel's Proposal | Item |
|---|---|---|
| | Court as the case progresses) | *Intel's Proposal:* **Predicted Jury Selection/Trial for all 3 consolidated cases** |
| **December 14, 2020** | | *VLSI's Proposal:* **Jury Selection/Trial in -255 Action (Second Case)** |
| **January 25, 2021** | | *VLSI's Proposal:* **Jury Selection/Trial in -256 Action (Third Case)** |